UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI ATANDA,<br><br>             Plaintiff,<br><br>    v.<br><br>NORGREN, *et al.*,<br><br>             Defendants. | Case No. C20-796-JCC<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED.

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 8th day of June, 2020.

                                                MICHELLE L. PETERSON
                                                United States Magistrate Judge

ORDER - 1