THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI ATANDA, <br><br> Plaintiff, <br><br> v. <br><br> NORGREN (IMI PRECISION ENGINEERING), *et al.*, <br><br> Defendants. | CASE NO. C20-0796-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Because the issues raised in Plaintiff's motion for default judgment overlap with the issues raised in Defendants' motion to dismiss, the Court will address both motions simultaneously. Accordingly, the Court DIRECTS the Clerk to renote Plaintiff's motion for default judgment (Dkt. No. 12) for consideration on June 11, 2021.

DATED this 24th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0796-JCC
PAGE - 1