THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI EMMANUEL ATANDA,<br><br>        Plaintiff,<br><br>   v.<br><br>NORGREN (IMI PRECISION ENGINEERING), *et al.*,<br><br>        Defendants. | CASE NO. C20-0796-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The deadline for service of process upon Defendants previously set by the Court (Dkt No. 25 at 3) is hereby EXTENDED. It is hereby ORDERED that the U.S. Marshal shall make personal service of process, along with a copy of the Court's August 11, 2021 order (Dkt. No. 25), upon Defendants within 30 days of this minute order.

DATED this 14th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0796-JCC
PAGE - 1