THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEREMI ATANDA,

                Plaintiff,

    v.

NORGREN (IMI PRECISION
ENGINEERING), *et al.*,

                Defendants.

CASE NO. C20-0796-JCC

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       The Court has been advised that the summons issued for Tammy Lake contained an incorrect address. That summons was returned unserved because Lake is no longer employed with Defendant Norgren. (Dkt. No. 29.) Accordingly it is hereby ORDERED that within seven days of this minute order, Plaintiff must file an amended summons listing an updated address for Lake. The Clerk is DIRECTED to forward the revised summons to the U.S. Marshal. It is further ORDERED that the U.S. Marshal will make personal service of process, along with a copy of the Court's August 11, 2021 order (Dkt. No. 25), upon Lake within 30 days of this minute order.

//

//

//

DATED this 10th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk