THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI EMMANUEL ATANDA, | CASE NO. C20-0796-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORGREN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff belatedly filed documents in response (Dkt. Nos. 38–40) to Sam Thurnaw and Tammy Westby's motion to dismiss, (Dkt. No. 35). Accordingly, that motion (Dkt. No. 35) is RE-NOTED to January 7, 2022, to permit Ms. Westby and Mr. Thurnaw to file any reply on their motion, which they must do by that date.

Going forward, the Court expects Plaintiff to comply with the deadlines listed in Local Civil Rule 7(d), which he has not done in this instance.

DATED this 22nd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk