THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI EMMANUEL ATANDA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORGREN, *et al.*,<br><br>    Defendants. | CASE NO. C20-0796-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On January 27, 2022, the Court dismissed with prejudice Plaintiff's claims against individual defendants Tammy Westby and Sam Thurnau under the rule that neither Title VII nor the ADEA allows for personal liability of individual supervisors in cases not involving government officials. (Dkt. No. 44 at 3 (citing, *inter alia*, *Miller v. Maxwell's Int'l Inc.*, 991 F.2d 583, 587–88 (9th Cir. 1993)).)

Two other individual defendants, Edna Branch and Tammy Lake, have yet to be served. (*See* Dkt. Nos. 28, 48.) But because they were allegedly individual supervisors, (*see* Dkt. No. 5 at 9), for the reasons discussed in this Court's January 27, 2022 order, they ultimately cannot be liable to Plaintiff. (*See generally* Dkt. No. 44.)

Accordingly, the Court *sua sponte* DISMISSES with prejudice Plaintiff's claims against

MINUTE ORDER
C20-0796-JCC
PAGE - 1

Edna Branch and Tammy Lake. It is further ORDERED as follows:

1. All counsel and any pro se parties are directed to meet and confer and to provide the Court with a combined Joint Status Report (the Report) by the deadline set below. This meet-and-confer must be a face-to-face meeting or a telephonic conference. If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs; no separate reports are to be filed. The Report must contain the following information: 1. An estimate of the number of days needed for trial; 2. The date by which the case will be ready for trial; and 3. Whether the parties intend to mediate per LCR 39.1 and, if so, when the parties expect to complete mediation.

2. The deadlines below may be extended only by court order. Any request for extension of these deadlines should be made by email to Courtroom Deputy Clerk Gabriel Traber at gabriel_traber@wawd.uscourts.gov. The parties who have appeared in this matter must meet and confer before contacting the Court to request an extension. If this case involves claims that are exempt from the requirements of FRCP 26(a) and 26(f), please notify the Courtroom Deputy Clerk. Please note: Initial Disclosures are not to be filed.

3. FRCP 26(f) Conference Deadline is 4/29/2022, Initial Disclosure Deadline is 5/6/2022, Joint Status Report due by 5/13/2022.

DATED this 29th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0796-JCC
PAGE - 2