THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI EMMANUEL ATANDA, | CASE NO. C20-0796-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORGREN *a/k/a* IMI PRECISION ENGINEERING, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff' seeks an extension of time "to file Plaintiff's first set of Discovery." (Dkt. No. 57 at 1.) But written discovery disclosures, requests, responses, or document productions should not be filed at all. LCR 5(d). Nor is there any deadline—except for complying with the discovery cutoff in January 2023, (Dkt. No. 56)—for Plaintiff to serve discovery requests on Defendant. If Plaintiff is seeking more time to respond to *Defendant's* discovery requests, such extensions are often given as a courtesy and are usually done informally without Court involvement, as the deadlines at issue are not part of the Court's scheduling order. Plaintiff's motion (Dkt. No. 57) is thus DENIED as moot. This minute order has no effect on any agreement of the parties as to the timing of discovery.

MINUTE ORDER
C20-0796-JCC
PAGE - 1

DATED this 15th day of July 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk